B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Portell, Ernest J III** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA MEM Lube Services Inc.; FDBA EMM Lube Services Inc.; FDBA MEM Lube Services, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-5610** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**17454 McKenna Drive**<br>**Plainfield, IL**<br>ZIP Code **60544** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Portell, Ernest J III** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Richard L. Hirsh                **March  2, 2009** <br> Signature of Attorney for Debtor(s)                (Date)<br>**Richard L. Hirsh 1225936** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                         Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Portell, Ernest J III** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ernest J Portell, III**

Signature of Debtor  **Ernest J Portell, III**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March  2, 2009**

Date

### Signature of Attorney*

X **/s/ Richard L. Hirsh**

Signature of Attorney for Debtor(s)

**Richard L. Hirsh 1225936**

Printed Name of Attorney for Debtor(s)

**Richard L. Hirsh & Associates, P.C.**

Firm Name

**1500 Eisenhower Lane
Suite 800
Lisle, IL 60532-2135**

Address

**Email: richala@sbcglobal.net**
**630 434-2600  Fax: 630 434-2626**

Telephone Number

**March  2, 2009**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Ernest J Portell, III_____    Case No. _____

Debtor(s)        Chapter __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Ernest J Portell, III**
                        **Ernest J Portell, III**

Date:  **March  2, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ernest J Portell, III**                                              ,    Case No. _____

                                            Debtor

                                                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 213,500.00 | | |
| B - Personal Property | Yes | 4 | 57,842.50 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 712,993.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 1,524,662.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,491.37 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,486.78 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | | Total Assets | 271,342.50 | | |
| | | | Total Liabilities | 2,237,655.49 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ernest J Portell, III** _____ ,   Case No. _____
Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,491.37 |
| Average Expenses (from Schedule J, Line 18) | 6,486.78 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 255,356.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,524,662.49 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,780,018.49 |

B6A (Official Form 6A) (12/07)

In re   **Ernest J Portell, III** _____,   Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family, 17454 McKenna Drive, Plainfield IL** | **Joint tenant** | **J** | **179,000.00** | **585,650.00** |
| **Vacation home, 1129 County Road, 157, Guion, AR 72540 -- lots 17, 28, 29 ; lien only on lots 28 & 29** | **Joint tenant** | **J** | **34,500.00** | **82,677.00** |

| | | |
|---|---|---|
| Sub-Total > | 213,500.00 | (Total of this page) |
| Total > | 213,500.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     **Ernest J Portell, III**                                              ,     Case No. _____

                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | 15.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking with National City in Plainfield.** | J | 700.00 |
| | | | **Savings account with National City in Plainfield.** | J | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **3 love seats, 3 sofa, 4 televisions, 2001 Computer Dell, Bunk bed set, Queen size bed, King size bed, dresser, 4 chest of drawers, book shelf, small computer desk, recliner, kitchen cabinet, kitchen table, dining table with hutch, 3 night stands, 6 lamps, canon camera, video camera. 17454 McKenna Drive, Plainfield IL** | J | 732.50 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **30 CDs. 17454 McKenna Drive, Plainfield IL** | H | 150.00 |
| | | | **Family pictures. 17454 McKenna Drive, Plainfield IL** | J | 100.00 |
| 6. | Wearing apparel. | | **Business and Casual attire. 17454 McKenna Drive, Plainfield IL** | H | 325.00 |
| 7. | Furs and jewelry. | | **wedding band, watch, gold chain. 17454 McKenna Drive, Plainfield IL** | H | 410.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **12 GA Winchester Shotgun and 3006 Remington Rifle. 17454 McKenna Drive, Plainfield IL** | H | 515.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >          2,997.50
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ernest J Portell, III**                                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **EMM Lube Services, Inc. 100% of shares** | - | **Unknown** |
| | | **MME Lube Services Inc. 100% of shares** | - | **Unknown** |
| | | **MEM Lube Services, INc. --- assets of corp. were sold in 9/07** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Children saving bonds given as gifts; debtor might be a payee** | J | **1,100.00** |
| 16. Accounts receivable. | | **Lawsuit for a Breach of Contract  Portell v. Tatum** | - | **30,795.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2008 tax refund; estimated and not liquidated** | - | **2,500.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                        Sub-Total >        **34,395.00**
                                                        (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ernest J Portell, III**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chevy Suburban.  17454 McKenna Drive, Plainfield IL** | J | 14,200.00 |
| | | **2001 Ford Tauras.  17454 McKenna Drive, Plainfield IL** | - | 1,100.00 |
| | | **1996 Pontiac Bonneville (son).  17454 McKenna Drive, Plainfield IL** | - | 650.00 |
| | | **2002 Buick LeSabre. -- in possession of parents; Ernest J. Portell Jr.,  and Ernestine Portell; 7500 Larchwood Lance, Woodridge, IL** | - | 3,400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Two dogs.  17454 McKenna Drive, Plainfield IL** | J | 100.00 |

Sub-Total >      **19,450.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Ernest J Portell, III**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Auto and carpentry tools** | **-** | **1,000.00** |

|  | Sub-Total >   (Total of this page) | **1,000.00** |
|---|---|---|
|  | Total > | **57,842.50** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Ernest J Portell, III**                                    ,    Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family,  17454 McKenna Drive, Plainfield IL** | **735 ILCS 5/12-901** | **15,000.00** | **358,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking with National City in Plainfield.** | **735 ILCS 5/12-1001(b)** | **700.00** | **1,400.00** |
| **Household Goods and Furnishings** | | | |
| **3 love seats, 3 sofa, 4 televisions, 2001 Computer Dell, Bunk bed set, Queen size bed, King size bed, dresser, 4 chest of drawers, book shelf, small computer desk, recliner, kitchen cabinet, kitchen table, dining table with hutch, 3 night stands, 6 lamps, canon camera, video camera.  17454 McKenna Drive, Plainfield IL** | **735 ILCS 5/12-1001(b)** | **350.00** | **1,465.00** |
| **Wearing Apparel** | | | |
| **Business and Casual attire.  17454 McKenna Drive, Plainfield IL** | **735 ILCS 5/12-1001(a)** | **325.00** | **325.00** |
| **Furs and Jewelry** | | | |
| **wedding band, watch, gold chain.  17454 McKenna Drive, Plainfield IL** | **735 ILCS 5/12-1001(b)** | **410.00** | **410.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **12 GA Winchester Shotgun and 3006 Remington Rifle.  17454 McKenna Drive, Plainfield IL** | **735 ILCS 5/12-1001(b)** | **515.00** | **515.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2008 tax refund; estimated and not liquidated** | **735 ILCS 5/12-1001(b)** | **2,025.00** | **5,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Buick LeSabre. -- in possession of parents; Ernest J. Portell Jr.,  and Ernestine Portell; 7500 Larchwood Lance, Woodridge, IL** | **735 ILCS 5/12-1001(c)** | **3,400.00** | **3,400.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Auto and carpentry tools** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |

Total:    **23,725.00**    **371,515.00**

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Ernest J Portell, III**                                          Case No. _____

                                                              ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **10220209195801**<br><br>**Chase Manhattan**<br>**Attn: Bankruptcy Research Dept**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | - | | **7/01/02**<br><br>**auto lien on title**<br><br>**2003 Ford Expedition. Leased and returned in 2006.** | | | | | |
| | | | Value $               **Unknown** | | | | **13,721.00** | **Unknown** |
| Account No.<br><br>Representing:<br>**Chase Manhattan** | | | **Chase**<br>**201 N. Walnut St. #De1-10**<br>**Wilmington, DE 19801** | | | | | |
| | | | Value $ | | | | | |
| Account No. **1823205009**<br><br>**Citi Small Business Lending**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384-7280** | X | J | **2008**<br><br>**Second Mortgage - secures MME debt**<br><br>**Single Family,  17454 McKenna Drive, Plainfield IL** | | | | | |
| | | | Value $               **358,000.00** | | | | **228,000.00** | **223,150.00** |
| Account No.<br><br>Representing:<br>**Citi Small Business Lending** | | | **Cit Small Business Lending**<br>**One Cit Drive**<br>**Livingston, NJ 07039** | | | | | |
| | | | Value $ | | | | | |
| __**2**__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **241,721.00** | **223,150.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ernest J Portell, III**                                                                                    Case No. _____
                                                                                                ,
                                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **480448** | | | 9/01/03 | | | | | |
| **Colonial Savings & Loan** **2624 W Freeway** **Fort Worth, TX 76102** | X | J | Mortgage Vacation home, 1129 County Road, 157, Guion, AR 72540 -- lots 17, 28, 29 ; lien only on lots 28 & 29 | | | | | |
| | | | Value $                69,000.00 | | | | 82,677.00 | 13,677.00 |
| Account No. | | | Colonial Savings Fort Worth, TX 76195-0001 | | | | | |
| Representing: **Colonial Savings & Loan** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. **154-9101-56200** | | | 7/01/06 | | | | | |
| **G M A C** **2740 Arthur St** **Roseville, MN 55113** | | - | auto lien on title 2006 Chevy Suburban.  17454 McKenna Drive, Plainfield IL | | | | | |
| | | | Value $                14,200.00 | | | | 28,229.00 | 14,029.00 |
| Account No. | | | GMAC 15303 S. 94th Avenue Orland Park, IL 60462 | | | | | |
| Representing: **G M A C** | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | Payment Processing Center P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |
| Representing: **G M A C** | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __**1**___ of __**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 110,906.00 | 27,706.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Ernest J Portell, III**                                         ,   Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **154907059416** | | | | | **12/01/04** | | | | | |
| **G M A C** 2740 Arthur St Roseville, MN 55113 | - | | | | **auto lien on title** **2002 Buick LeSabre. -- in possession of parents; Ernest J. Portell Jr.,  and Ernestine Portell; 7500 Larchwood Lance, Woodridge, IL** | | | | | |
| | | | | | Value $            **3,400.00** | | | | **2,716.00** | **0.00** |
| Account No. | | | | | **GMAC** **15303 S. 94th Avenue** **Orland Park, IL 60462** | | | | | |
| **Representing:** **G M A C** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| **McKenna Woods HOA** | - | | | | | | | | | |
| | | | | | Value $            **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **110019504** | | | | | **10/26/05** | | | | | |
| **West Town Savings Bank** 4852 W. 30th Street Cicero, IL 60804 | X | | | J | **First Mortgage** **Single Family,  17454 McKenna Drive, Plainfield IL** | | | | | |
| | | | | | Value $        **358,000.00** | | | | **353,150.00** | **0.00** |
| Account No. | | | | | **yearly** | | | | | |
| **Will County Clerk** 302 N. Chicago Street Joliet, IL 60432 | X | | - | | **Real Estate Taxes** **Single Family,  17454 McKenna Drive, Plainfield IL** | | | | | |
| | | | | | Value $        **358,000.00** | | | | **4,500.00** | **4,500.00** |

Sheet __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **360,366.00** | **4,500.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **712,993.00** | **255,356.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Ernest J Portell, III**
_____,          Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Ernest J Portell, III**  _____,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **01200 133252410** **ADT Security Services Inc** P.O. Box 371967 Pittsburgh, PA 15250-7967 | X | - | | | **2008** **Corporate Debt of EMM** | | | X | **2,896.84** |
| Account No. **Representing:** **ADT Security Services Inc** | | | | | ADT Security Services Inc. c/o Law Offices Barry Serota & Asso P.O. Box 1008 Arlington Heights, IL 60006 | | | | |
| Account No. **LUBEPU** **Alldata** P.O. Box 848379 Dallas, TX 75284-8379 | X | - | | | **2008** **Corporate Debt of EMM** | | | X | **999.50** |
| Account No. **Representing:** **Alldata** | | | | | Alldata 9412 Big Horn Road Elk Grove, CA 95758 | | | | |

__18__  continuation sheets attached

Subtotal
(Total of this page)

**3,896.34**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ernest J Portell, III**                                                                    ,    Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3-0551-0022142** <br><br> **Allied Waste Services #551** <br> **P.O. Box 9001154** <br> **Louisville, KY 40290-1154** | X | - | **2008** <br> **Corporate Debt of EMM** | | | | **705.79** |
| Account No. <br><br> Representing: <br> **Allied Waste Services #551** | | | **Allied Waste Services** <br> **5050 W. Lake Street** <br> **Melrose Park, IL 60160** | | | | |
| Account No. **1985** <br><br> **American National Petroleum** <br> **30262 Crown Valley Pkwy, Suite B400** <br> **Laguna Niguel, CA 92677** | X | - | **2006** <br> **Corporate Debt of EMM and MME** | | | | **15,000.00** |
| Account No. **681939001/3106825** <br><br> **Aramark Uniform Services** <br> **4200 S. Halsted Street** <br> **Chicago, IL 60609-2635** | X | - | **2008** <br> **Corporate Debt of EMM** | | | X | **964.80** |
| Account No. **630 978-0075 483 9** <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507-8100** | X | - | **2008** <br> **Corporate Debt of EMM** | | | X | **514.10** |

Sheet no. __1___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **17,184.69**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                    ,          Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **708 482-7900 430 3** | | | | | **2009** **Corporate Debt of MME** | | | | |
| **AT&T** **P.O. Box 8100** **Aurora, IL 60507-8100** | X | - | | | | | | X | |
| | | | | | | | | | **177.21** |
| Account No. **136166** | | | | | **2008** **Corporate Debt of MME** | | | | |
| **Aurora Tri State Fire Protection Co** **1080 Corporate Blvd.** **Aurora, IL 60502** | X | - | | | | | | X | |
| | | | | | | | | | **103.48** |
| Account No. **648758** | | | | | **2008** **Corporate Debt of EMM** | | | | |
| **Auto Zone** **c/o PRO Consulting Services, Inc.** **P.O. Box 66510** **Houston, TX 77266-6510** | X | - | | | | | | X | |
| | | | | | | | | | **1,817.85** |
| Account No. | | | | | **Pro Consulting Service** **c/o Collection Division** **PO Box 66510** **Houston, TX 77266-6510** | | | | |
| **Representing:** **Auto Zone** | | | | | | | | | |
| Account No. | | | | | **2007** **Corporate Debt of MME and EMM** | | | | |
| **Bulkmaster, Inc.** **295 Eastgate Industrial Parkway** **Kankakee, IL 60901** | X | - | | | | | | X | |
| | | | | | | | | | **2,177.82** |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,276.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ernest J Portell, III**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **800-0001-8267510-0101** <br><br> **Charter One** <br> **P.O. Box 9799** <br> **Providence, RI 02940-9799** | X | H | | **2008** <br> **Line of Credit for Corporate Debt of EMM** | | | X | <br><br><br> 96,407.37 |
| Account No. <br><br> Representing: <br> **Charter One** | | | | **Charter One** <br> **1215 Superior Avenue** <br> **Cleveland, OH 44114-3299** | | | | |
| Account No. **414720700468** <br><br> **Chase - CC** <br> **Attention: Banktruptcy Department** <br> **P.O. Box 15298** <br> **Wilmintgon, DE 19850** | - | | | **7/01/04** <br> **Credit card purchases plus accrued interest** | | | | <br><br><br> 31,250.00 |
| Account No. <br><br> Representing: <br> **Chase - CC** | | | | **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | | | | |
| Account No. **4266-8411-2665-6840** <br><br> **Chase - Cc** <br> **Attention:  Banktruptcy Department** <br> **P.O. Box 15298** <br> **Wilmintgon, DE 19850** | - | | | **1/01/07** <br> **Credit card purchases plus accrued interest** | | | | <br><br><br> 6,171.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

133,828.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ernest J Portell, III**                                                                        Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Representing: Chase - Cc** | | | | | Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | |
| Account No. **Representing: Chase - Cc** | | | | | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | |
| Account No. **344-00909** **Cintas Corporation #344 P.O. Box 7759 Romeoville, IL 60446** | X | - | | | 2007 & 2008 Corporate Debt of MME | | | X | 2,691.42 |
| Account No. **00334019101;2910&0050041121101** **Cit Small Business Lending Corp P.O. Box 277280 Atlanta, GA 30384-7280** | X | - | | | 2008 Corporate Debt of MME Lube & EMM Lube Services | | | X | 31,590.77 |
| Account No. **Representing: Cit Small Business Lending Corp** | | | | | Cit Small Business Lending P.O. Box 1529 Livingston, NJ 07039-1529 | | | | |

Sheet no. __4__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,282.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ernest J Portell, III** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Cit Small Business Lending Corp** <br> **PO Box 1529** <br> **Livingston, NJ 07039-1529** | X | - | 2004 <br> personal guaranty of EMM debt | | | | 293,005.00 |
| Account No. **6035 3202 5641 6288** <br><br> **Citibank Usa** <br> **Attn.: Centralized Bankruptcy** <br> **P.O. Box 20507** <br> **Kansas City, MO 64195** | | - | 1/01/07 <br> Credit card purchases plus accrued interest | | | | 2,289.00 |
| Account No. <br><br> Representing: <br> **Citibank Usa** | | | **Citibank USA** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | | | |
| Account No. <br><br> Representing: <br> **Citibank Usa** | | | **Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | | | |
| Account No. **6035 3202 0914 0886** <br><br> **Citibank Usa** <br> **Attn.: Centralized Bankruptcy** <br> **P.O. Box 20507** <br> **Kansas City, MO 64195** | | - | 6/01/06 <br> Credit card purchases plus accrued interest | | | | 1,448.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

296,742.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Citibank Usa** | | | **Citibank USA P.O. Box 6497 Sioux Falls, SD 57117** | | | | |
| Account No. **Representing: Citibank Usa** | | | **Home Depot Credit Services Processing Center Des Moines, IA 50364-0500** | | | | |
| Account No. 9023469024 **ComEd Bill Payment Center Chicago, IL 60668-0001** | X | - | **2008 Corporate Debt of E M M  Lube Services Inc** | | | X | 922.02 |
| Account No. 910127001032B **Cook County Department of Revenue Environmental Control P.O. Box 641547 Chicago, IL 60664-1547** | X | - | **2008 Corporate Debt of EMM** | | | X | 30.00 |
| Account No. LUB550 **DRW Services, Inc. 600 E. Joe Orr Road Chicago Heights, IL 60411** | X | - | **2008 Corporate Debt of EMM** | | | X | 1,500.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,452.02

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ernest J Portell, III**                                                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. **0702-172**<br><br>**F.E. Moran, Inc. Fire Protection**<br>**2165 Shermer Road**<br>**Northbrook, IL 60062** | X | - | | **2007**<br>**Corporate Debt of EMM** | | | X | |
| | | | | | | | | 175.00 |
| Account No. **5474 8700 0100 1777**<br><br>**FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | **2008**<br>**Corporate Debt of EMM Lube Services, Inc.** | | | X | |
| | | | | | | | | 43,685.46 |
| Account No.<br><br>**Representing:**<br>**FIA Card Services** | | | | **FIA Card Services**<br>**P.O. Box 15731**<br>**Wilmington, DE 19886-5731** | | | | |
| Account No. **Loan**<br><br>**Field & Goldberg**<br>**10 S. LaSalle St., Suite 2310**<br>**Chicago, IL 60603-1256** | X | - | | **2008**<br>**personal guarantee Corporate Debt of EMM Lube Services --paid off 10/08 by M&B Car Care Center** | | | X | |
| | | | | | | | | Unknown |
| Account No. **00000458**<br><br>**Fox Valley Autocare**<br>**6988 Paysphere Circle**<br>**Chicago, IL 60674** | X | - | | **2008**<br>**Corporate Debt of MME** | | | X | |
| | | | | | | | | 42,803.67 |

Sheet no. __**7**___ of __**18**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,664.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ernest J Portell, III** _____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Representing:** <br> **Fox Valley Autocare** | | | **Fox Valley Autocare Center** <br> **c/o Mid-America Asset Management** <br> **Two Mid America Plaza, Third Floor** <br> **Oakbrook Terrace, IL 60181** | | | | |
| Account No. **43362-33350** <br><br> **Frontier FC V** <br> **Dept. 30390** <br> **P.O. Box 66767** <br> **Saint Louis, MO 63166-6767** | X | - | **2007** <br> **guaranty of Corporate Debt of M&B Car Care Center Inc.** | | | | 450,000.00 |
| Account No. **977** <br><br> **FSS** <br> **516 W. Campus Drive** <br> **Arlington Heights, IL 60004** | X | - | **2008** <br> **Corporate Debt of EMM** | | | X | 390.00 |
| Account No. **xxxxxxxx xxxx 6288** <br><br> **Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | - | **Credit card purchases plus accrued interest** | | | | 0.00 |
| Account No. **xxxx xxxx xxxx 0886** <br><br> **Home Depot Credit Services** <br> **Processing Center** <br> **Des Moines, IA 50364-0500** | | - | **Credit card purchases plus accrued interest** | | | | 1,448.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of    Subtotal    451,838.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ernest J Portell, III** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 08M52174 | | | | | 2008 Corporate Debt of EMM; guarantee of lease | | | | |
| Jennifer Olson as Trustee c/o Rolewick & Gutzke, P.C. 1776 S. Naperville Rd., Suite 104A Wheaton, IL 60189-5833 | X | - | | | | | | | 79,582.52 |
| Account No. 046-8789-052 | | | | | 12/01/06 Credit card purchases plus accrued interest | | | | |
| Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | - | | | | | | | 441.00 |
| Account No. | | | | | Kohl's N56 W17000 Ridge Menomonee Falls, WI 53051 | | | | |
| Representing: Kohls | | | | | | | | | |
| Account No. | | | | | Kohl's Payment Center P.O. Box 2983 Milwaukee, WI 53201-2983 | | | | |
| Representing: Kohls | | | | | | | | | |
| Account No. 664 | | | | | 2008 Corporate Debt of EMM | | | | |
| LaGrange Highland Sanitary District 5900 S. Willow Springs Road LaGrange, IL 60523 | X | - | | | | | | X | 154.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

80,177.52

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                          ,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2007AR001241**<br><br>**Lincoln Capital Corporation**<br>**c/o Anthony W. Summers**<br>**1301 W. 22nd St., Suite 603**<br>**Oak Brook, IL 60523** | X | - | | | **2007**<br>**guaranty Corporate Debt of M & B Care Center** | | | X | |
| | | | | | | | | | 13,036.00 |
| Account No.<br><br>**Representing:**<br>**Lincoln Capital Corporation** | | | | | **Lincoln Capital Corporation**<br>**2021 Midwest Rd., Suite 200**<br>**Oak Brook, IL 60523** | | | | |
| Account No.<br><br>**Lube Pros c/o Adam S. Calisoff**<br>**Wildman, Harrold, Allen & Dixon**<br>**225 W. Wacker Drive**<br>**Chicago, IL 60606-1229** | X | - | | | **2004**<br>**debt owed to**<br>**Franchisee LubePro's** | | | X | |
| | | | | | | | | | Unknown |
| Account No. **Portell**<br><br>**Lubepro's International, Inc.**<br>**1740 S. Bell School Road**<br>**Cherry Valley, IL 61016** | X | - | | | **2008**<br>**Franchisee debt** | | | | |
| | | | | | | | | | 16,023.71 |
| Account No.<br><br>**Representing:**<br>**Lubepro's International, Inc.** | | | | | **Lubepro's International, Inc.**<br>**c/o Wildman, Harrold, Allen & Dixon**<br>**225 W. Wacker Drive**<br>**Chicago, IL 60606-1229** | | | | |

Sheet no. __**10**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,059.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ernest J Portell, III**                                                                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **181181A & 181181B**<br><br>**Mailmark**<br>**P.O. Box 3848**<br>**Norfolk, VA 23514** | X | - | | | **2008**<br>**Corporate Debt of MME and EMM** | | | X | 386.08 |
| Account No.<br><br>**Menards**<br>**Retail Services**<br>**PO Box 17602**<br>**Baltimore, MD 21297** | | - | | | **2008**<br>**Credit card purchases plus accrued interest** | | | | 3,301.00 |
| Account No. **Aurora and LaGrange**<br><br>**Moore Oil Company, Inc.**<br>**4033 W. Custer Avenue**<br>**Milwaukee, WI 53209** | X | - | | | **2008**<br>**Corporate Debt of EMM and MME** | | | X | 135,000.00 |
| Account No.<br><br>**Representing:**<br>**Moore Oil Company, Inc.** | | | | | **Moore Oil Company**<br>**P.O. Box 1170**<br>**Milwaukee, WI 53201-1170** | | | | |
| Account No. **65-87-91-6401 3**<br><br>**Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** | X | - | | | **2008**<br>**Corporate Debt of EMM** | | | X | 2,527.56 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 141,214.64 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ernest J Portell, III**                                                    , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Representing:** <br> **Nicor** | | | | | **Nicor Gas** <br> **P.O. Box 310** <br> **Aurora, IL 60507-0310** | | | | |
| Account No. <br><br> **Representing:** <br> **Nicor** | | | | | **Nicor Gas** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | | | | |
| Account No.  **79-81-91-7894 2** <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568-0001** | X | - | | | **2008** <br> **Corporate Debt of MME** | | | X | **1,170.53** |
| Account No. <br><br> **Representing:** <br> **Nicor** | | | | | **Nicor** <br> **NCO Financial Systems Inc** <br> **P.O. Box 171796** <br> **Baltimore, MD 21297** | | | | |
| Account No.  **159466** <br><br> **Nicor Gas** <br> **Attention:  Bankruptcy Department** <br> **1844 Ferry Road** <br> **Naperville, IL 60507** | | - | | | **8/11/04** <br> **Utilities** | | | | **229.00** |

Sheet no. __**12**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,399.53**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ernest J Portell, III**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Nicor Gas** | | | | | **Nicor** P.O. Box 416 Aurora, IL 60568-0001 | | | | |
| Account No. **Representing: Nicor Gas** | | | | | **Nicor Gas** P.O. Box 310 Aurora, IL 60507-0310 | | | | |
| Account No. **Norcor AutoCare Associates, L.P. Mulherin Rehfeldt & Varchetto, P.C. 211 S. Wheaton Ave., Suite 200 Wheaton, IL 60187** | X | - | | | **2008** Corporate Debt of M M E Lude Services, Inc. -- lease | | | X | 40,027.33 |
| Account No. **Representing: Norcor AutoCare Associates, L.P.** | | | | | **Mid-America ASset Magmnt One Parkview Plaza 9th Floor Oakbrook Terrace, IL 60181-4731** | | | | |
| Account No. **1128221L&112828L** **Parent Petroleum, Inc. 37 W 370 RT 38 Saint Charles, IL 60175** | X | - | | | **2008** Corporate Debt of MME and EMM | | | X | 12,154.04 |

Sheet no. __13__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **52,181.37**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                                        ,   Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxWCxxxxx  CLxxxxxxx xxWCx1626<br><br>**Pekin Insurance**<br>**2505 Court Street**<br>**Pekin, IL 61558-0001** | X | - | | **2009**<br>**Corporate Debt of LubePro's/EMM Lube Services, Inc/M M E Lube Services Inc** | | | X | 5,792.50 |
| Account No. 1U0075&1U7900<br><br>**Quality Oil, Inc.**<br>**55 North 400 East**<br>**Valparaiso, IN 46383** | X | - | | **2007 & 2008**<br>**Corporate Debt of MME LubePro's & EMM Lube Services, Inc.** | | | X | 87,109.05 |
| Account No.<br><br>**Richard D. Roy**<br>**1111 S. Stone Avenue**<br>**La Grange, IL 60525** | X | - | | **January 2009**<br>**claim against EMM** | | | X | 2,745.19 |
| Account No. 152350W<br><br>**Ryko Manufacturing**<br>**4042 Reliable Pkwy**<br>**Chicago, IL 60686-0001** | X | - | | **2006 & 2007**<br>**Corporate Debt of M & B Car Care Center, Inc.** | | | | 2,869.81 |
| Account No.<br><br>Representing:<br>**Ryko Manufacturing** | | | | **Ryko Manufacturing Company**<br>**P.O. Box 38**<br>**Grimes, IA 50111-0038** | | | | |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **98,516.55**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                            ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **517900;45200** <br><br> **S&S Industrial Supply** <br> **740 N. Larch Avenue** <br> **Elmhurst, IL 60126** | X | - | | **2008** <br> **Corporate Debt of MME and EMM** | | | X | 827.54 |
| Account No. **771 4 10 0283676427** <br><br> **Sams Club** <br> **Attention:  Bankruptcy Department** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | - | | **5/01/06** <br> **Credit card purchases plus accrued interest** | | | | 278.00 |
| Account No. <br><br> **Representing:** <br> **Sams Club** | | | | **Sam's Club** <br> **P.O. Box 981400** <br> **El Paso, TX 79998** | | | | |
| Account No. <br><br> **Representing:** <br> **Sams Club** | | | | **Sam's Club** <br> **P.O. Box 530942** <br> **Atlanta, GA 30353-0942** | | | | |
| Account No. **5121-0718-4517-4352** <br><br> **Sears/cbsd** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | - | | **9/01/97** <br> **Credit card purchases plus accrued interest** | | | | 1,309.11 |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,414.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                              ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: Sears/cbsd** | | | **Sears Credit Card P.O. Box 183082 Columbus, OH 43218-3082** | | | | |
| Account No. **Representing: Sears/cbsd** | | | **Sears/cbsd 701 East 60th St. N Sioux Falls, SD 57117** | | | | |
| Account No. **70-0000277** **Service Champ 180 New Britain Blvd. Chalfont, PA 18914** | X | - | **2008 Corporate Debt of EMM and MME** | | | X | 4,138.56 |
| Account No. **5656655** **Sikich, LLP 998 Corporate Blvd. Aurora, IL 60502-9102** | X | - | **2008 Corporate Debt of MEM Lube Pro Services, Inc. and MME and EMM** | | | | 1,758.00 |
| Account No. **Small Business Administration 500 West Madison Suite 1250 Chicago, IL 60661-2511** | | - | **2004 obligation related to MME and EMM note to CIT** | X | X | | Unknown |

| | | |
|---|---|---|
| Sheet no. __16__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,896.56 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ernest J Portell, III**                                                          ,       Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **24679** <br><br> **Stone Wheel, Inc.** <br> **7675 Quincy Street** <br> **Willowbrook, IL 60527-5598** | X | - | | | **2007** <br> **Corporate Debt of MME LubePro's/EMM Lube Services Inc** | | | | **3,156.08** |
| Account No. **05-1103.000 & 06-1129.000** <br><br> **Trott Nelson, P.C.** <br> **1550 Spring Rd., Suite 225** <br> **Oak Brook, IL 60523** | X | - | | | **2008** <br> **Corporate Debt of EMM and MME** | | | X | **58,088.90** |
| Account No. **6004-3001-0711-2838** <br><br> **US Bank/na Nd** <br> **Attn: Bankruptcy Dept** <br> **P.O. Box 5229** <br> **Cincinnati, OH 45201** | | - | | | **5/01/06** <br> **Credit card purchases plus accrued interest** | | | | **3,301.00** |
| Account No. <br><br> Representing: <br> **US Bank/na Nd** | | | | | **HSBC/Menards** <br> **90 Christiana Road** <br> **New Castle, DE 19720** | | | | |
| Account No. <br><br> Representing: <br> **US Bank/na Nd** | | | | | **Retail Services** <br> **P.O. Box 17602** <br> **Baltimore, MD 21297-1602** | | | | |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     **64,545.98**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ernest J Portell, III**                                                              ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5491-2371-1090-1900**<br><br>**USAA Federal Savings Bank**<br>**10750 Mcdermott Fwy**<br>**San Antonio, TX 78288** | | - | **10/01/91**<br>**Credit card purchases plus accrued interest** | | | | **16,910.00** |
| Account No.<br><br>Representing:<br>**USAA Federal Savings Bank** | | | **USAA Federal Savings Bank**<br>**P.O. Box 47504**<br>**San Antonio, TX 78265** | | | | |
| Account No. **1879072**<br><br>**Workflowone**<br>**P.O. Box 676496**<br>**Dallas, TX 75267-6496** | X | - | **2007**<br>**Corporate Debt of MME and MME** | | | X | **1,019.88** |
| Account No. **4300-2300-7513-3290**<br><br>**Worlds Foremost Bank**<br>**4800 Nw 1st St Ste 300**<br>**Lincoln, NE 68521** | | - | **8/01/07**<br>**Credit card purchases plus accrued interest** | | | | **162.00** |
| Account No.<br><br>Representing:<br>**Worlds Foremost Bank** | | | **Cabela's Club Visa**<br>**P.O. Box 82575**<br>**Lincoln, NE 68501-2575** | | | | |

Sheet no. __**18**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,091.88**

Total
(Report on Summary of Schedules)    **1,524,662.49**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Ernest J Portell, III** _____ ,    Case No. _____

                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Norcor AutoCare Associates, L.P.**<br>**Mulherin Rehfeldt & Varchetto, P.C.**<br>**211 S. Wheaton Ave., Suite 200**<br>**Wheaton, IL 60187** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Ernest J Portell, III**                                                                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **EMM Lube Services, Inc.** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668-0001** |
| **EMM Lube Services, Inc.** | **FIA Card Services**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **EMM Lube Services, Inc.** | **Field & Goldberg**<br>**10 S. LaSalle St., Suite 2310**<br>**Chicago, IL 60603-1256** |
| **EMM Lube Services, Inc.** | **Pekin Insurance**<br>**2505 Court Street**<br>**Pekin, IL 61558-0001** |
| **EMM Lube Services, Inc.** | **Quality Oil, Inc.**<br>**55 North 400 East**<br>**Valparaiso, IN 46383** |
| **EMM Lube Services, Inc.** | **Stone Wheel, Inc.**<br>**7675 Quincy Street**<br>**Willowbrook, IL 60527-5598** |
| **EMM Lube Services, Inc.** | **S&S Industrial Supply**<br>**740 N. Larch Avenue**<br>**Elmhurst, IL 60126** |
| **EMM Lube Services, Inc.** | **Service Champ**<br>**180 New Britain Blvd.**<br>**Chalfont, PA 18914** |
| **EMM Lube Services, Inc.** | **Trott Nelson, P.C.**<br>**1550 Spring Rd., Suite 225**<br>**Oak Brook, IL 60523** |
| **EMM Lube Services, Inc.** | **Workflowone**<br>**P.O. Box 676496**<br>**Dallas, TX 75267-6496** |
| **EMM Lube Services, Inc.** | **ADT Security Services Inc**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250-7967** |
| **EMM Lube Services, Inc.** | **Alldata**<br>**P.O. Box 848379**<br>**Dallas, TX 75284-8379** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Ernest J Portell, III**                                                                 ,   Case No. _____

                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **EMM Lube Services, Inc.** | **Allied Waste Services #551**<br>**P.O. Box 9001154**<br>**Louisville, KY 40290-1154** |
| **EMM Lube Services, Inc.** | **American National Petroleum**<br>**30262 Crown Valley Pkwy, Suite B400**<br>**Laguna Niguel, CA 92677** |
| **EMM Lube Services, Inc.** | **Aramark Uniform Services**<br>**4200 S. Halsted Street**<br>**Chicago, IL 60609-2635** |
| **EMM Lube Services, Inc.** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **EMM Lube Services, Inc.** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** |
| **EMM Lube Services, Inc.** | **Auto Zone**<br>**c/o PRO Consulting Services, Inc.**<br>**P.O. Box 66510**<br>**Houston, TX 77266-6510** |
| **EMM Lube Services, Inc.** | **Bulkmaster, Inc.**<br>**295 Eastgate Industrial Parkway**<br>**Kankakee, IL 60901** |
| **EMM Lube Services, Inc.** | **Charter One**<br>**P.O. Box 9799**<br>**Providence, RI 02940-9799** |
| **EMM Lube Services, Inc.** | **Cit Small Business Lending Corp**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384-7280** |
| **EMM Lube Services, Inc.** | **Cook County Department of Revenue**<br>**Environmental Control**<br>**P.O. Box 641547**<br>**Chicago, IL 60664-1547** |
| **EMM Lube Services, Inc.** | **DRW Services, Inc.**<br>**600 E. Joe Orr Road**<br>**Chicago Heights, IL 60411** |
| **EMM Lube Services, Inc.** | **F.E. Moran, Inc. Fire Protection**<br>**2165 Shermer Road**<br>**Northbrook, IL 60062** |
| **EMM Lube Services, Inc.** | **FSS**<br>**516 W. Campus Drive**<br>**Arlington Heights, IL 60004** |

Sheet __**1**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Ernest J Portell, III**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **EMM Lube Services, Inc.** | **Jennifer Olson as Trustee**<br>**c/o Rolewick & Gutzke, P.C.**<br>**1776 S. Naperville Rd., Suite 104A**<br>**Wheaton, IL 60189-5833** |
| **EMM Lube Services, Inc.** | **Lube Pros c/o  Adam S. Calisoff**<br>**Wildman, Harrold, Allen & Dixon**<br>**225 W. Wacker Drive**<br>**Chicago, IL 60606-1229** |
| **EMM Lube Services, Inc.** | **Lubepro's International, Inc.**<br>**1740 S. Bell School Road**<br>**Cherry Valley, IL 61016** |
| **EMM Lube Services, Inc.** | **Mailmark**<br>**P.O. Box 3848**<br>**Norfolk, VA 23514** |
| **EMM Lube Services, Inc.** | **Moore Oil Company, Inc.**<br>**4033 W. Custer Avenue**<br>**Milwaukee, WI 53209** |
| **EMM Lube Services, Inc.** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **EMM Lube Services, Inc.** | **Parent Petroleum, Inc.**<br>**37 W 370 RT 38**<br>**Saint Charles, IL 60175** |
| **EMM Lube Services, Inc.** | **Richard D. Roy**<br>**1111 S. Stone Avenue**<br>**La Grange, IL 60525** |
| **EMM Lube Services, Inc.** | **Cit Small Business Lending Corp**<br>**PO Box 1529**<br>**Livingston, NJ 07039-1529** |
| **M&B Car Care Center** | **Ryko Manufacturing**<br>**4042 Reliable Pkwy**<br>**Chicago, IL 60686-0001** |
| **M&B Car Care Center** | **Trott Nelson, P.C.**<br>**1550 Spring Rd., Suite 225**<br>**Oak Brook, IL 60523** |
| **M&B Car Care Center** | **LaGrange Highland Sanitary District**<br>**5900 S. Willow Springs Road**<br>**LaGrange, IL 60523** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Ernest J Portell, III**_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **M&B Care Care Center** | **Frontier FC V**<br>**Dept. 30390**<br>**P.O. Box 66767**<br>**Saint Louis, MO 63166-6767** |
| **M&B Care Care Center** | **Lincoln Capital Corporation**<br>**c/o Anthony W. Summers**<br>**1301 W. 22nd St., Suite 603**<br>**Oak Brook, IL 60523** |
| **Maark Portell** | **Frontier FC V**<br>**Dept. 30390**<br>**P.O. Box 66767**<br>**Saint Louis, MO 63166-6767** |
| **Mark Portell** | **Lincoln Capital Corporation**<br>**c/o Anthony W. Summers**<br>**1301 W. 22nd St., Suite 603**<br>**Oak Brook, IL 60523** |
| **Mark Portell** | **Ryko Manufacturing**<br>**4042 Reliable Pkwy**<br>**Chicago, IL 60686-0001** |
| **MEM Lube Services, Inc.** | **Sikich, LLP**<br>**998 Corporate Blvd.**<br>**Aurora, IL 60502-9102** |
| **MEM Lube Services, Inc.** | **Service Champ**<br>**180 New Britain Blvd.**<br>**Chalfont, PA 18914** |
| **MEM Lube Services, Inc.** | **Trott Nelson, P.C.**<br>**1550 Spring Rd., Suite 225**<br>**Oak Brook, IL 60523** |
| **MEM Lube Services, Inc.** | **Cintas Corporation #344**<br>**P.O. Box 7759**<br>**Romeoville, IL 60446** |
| **MEM Lube Services, Inc.** | **Fox Valley Autocare**<br>**6988 Paysphere Circle**<br>**Chicago, IL 60674** |
| **MEM Lube Services, Inc.** | **Pekin Insurance**<br>**2505 Court Street**<br>**Pekin, IL 61558-0001** |
| **Mike Spizzieri** | **Frontier FC V**<br>**Dept. 30390**<br>**P.O. Box 66767**<br>**Saint Louis, MO 63166-6767** |

Sheet __**3**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re    **Ernest J Portell, III**                                                      ,    Case No. _____
                                               Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mike Spizzieri** | **Lincoln Capital Corporation**<br>**c/o Anthony W. Summers**<br>**1301 W. 22nd St., Suite 603**<br>**Oak Brook, IL 60523** |
| **Mike Spizzieri** | **Ryko Manufacturing**<br>**4042 Reliable Pkwy**<br>**Chicago, IL 60686-0001** |
| **MME Lube SERvices** | **S&S Industrial Supply**<br>**740 N. Larch Avenue**<br>**Elmhurst, IL 60126** |
| **MME Lube Services, Inc.** | **Norcor AutoCare Associates, L.P.**<br>**Mulherin Rehfeldt & Varchetto, P.C.**<br>**211 S. Wheaton Ave., Suite 200**<br>**Wheaton, IL 60187** |
| **MME Lube Services, Inc.** | **Sikich, LLP**<br>**998 Corporate Blvd.**<br>**Aurora, IL 60502-9102** |
| **MME Lube Services, Inc.** | **Workflowone**<br>**P.O. Box 676496**<br>**Dallas, TX 75267-6496** |
| **MME Lube Services, Inc.** | **American National Petroleum**<br>**30262 Crown Valley Pkwy, Suite B400**<br>**Laguna Niguel, CA 92677** |
| **MME Lube Services, Inc.** | **Aurora Tri State Fire Protection Co**<br>**1080 Corporate Blvd.**<br>**Aurora, IL 60502** |
| **MME Lube Services, Inc.** | **Bulkmaster, Inc.**<br>**295 Eastgate Industrial Parkway**<br>**Kankakee, IL 60901** |
| **MME Lube Services, Inc.** | **Cit Small Business Lending Corp**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384-7280** |
| **MME Lube Services, Inc.** | **Lube Pros c/o  Adam S. Calisoff**<br>**Wildman, Harrold, Allen & Dixon**<br>**225 W. Wacker Drive**<br>**Chicago, IL 60606-1229** |
| **MME Lube Services, Inc.** | **Lubepro's International, Inc.**<br>**1740 S. Bell School Road**<br>**Cherry Valley, IL 61016** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Ernest J Portell, III**                                                      ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **MME Lube Services, Inc.** | **Mailmark**<br>**P.O. Box 3848**<br>**Norfolk, VA 23514** |
| **MME Lube Services, Inc.** | **Moore Oil Company, Inc.**<br>**4033 W. Custer Avenue**<br>**Milwaukee, WI 53209** |
| **MME Lube Services, Inc.** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **MME Lube Services, Inc.** | **Parent Petroleum, Inc.**<br>**37 W 370 RT 38**<br>**Saint Charles, IL 60175** |
| **MME Lube Services, Inc.** | **Citi Small Business Lending**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384-7280** |
| **Tracy Portell**<br>**17454 S. McKenna Drive**<br>**Plainfield, IL 60586** | **West Town Savings Bank**<br>**4852 W. 30th Street**<br>**Cicero, IL 60804** |
| **Tracy Portell**<br>**17454 S. McKenna Drive**<br>**Plainfield, IL 60586** | **Colonial Savings & Loan**<br>**2624 W Freeway**<br>**Fort Worth, TX 76102** |
| **Tracy Portell**<br>**17454 S. McKenna Drive**<br>**Plainfield, IL 60586** | **Will County Clerk**<br>**302 N. Chicago Street**<br>**Joliet, IL 60432** |
| **Tracy Portell**<br>**17454 S. McKenna Drive**<br>**Plainfield, IL 60586** | **Citi Small Business Lending**<br>**P.O. Box 277280**<br>**Atlanta, GA 30384-7280** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Ernest J Portell, III** _____     Case No. _____
                                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter**<br>**Daughter** | AGE(S):<br>**14**<br>**17**<br>**4**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self Emplopyed** | |
| Name of Employer | **Lube Pros** | |
| How long employed | **4 1/2 years** | |
| Address of Employer | **5501 S. Gilbert Avenue**<br>**La Grange, IL 60525** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **3,250.00** | $ **1,841.67** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| | | | |
| 3. SUBTOTAL | | $ **3,250.00** | $ **1,841.67** |
| | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and social security | | $ **424.15** | $ **176.15** |
|   b. Insurance | | $ **0.00** | $ **0.00** |
|   c. Union dues | | $ **0.00** | $ **0.00** |
|   d. Other (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **424.15** | $ **176.15** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **2,825.85** | $ **1,665.52** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **2,825.85** | $ **1,665.52** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **4,491.37** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Ernest J Portell, III** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,206.35 |
| a. Are real estate taxes included?     Yes ___     No **X** | | |
| b. Is property insurance included?     Yes ___     No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 350.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 91.00 |
|     d. Other  **See Detailed Expense Attachment** | $ | 327.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 102.00 |
|     b. Life | $ | 165.00 |
|     c. Health | $ | 500.00 |
|     d. Auto | $ | 179.11 |
|     e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 627.32 |
|     b. Other  **mortgagge on second home** | $ | 704.00 |
|     c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 100.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ **6,486.78**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 4,491.37 |
| b.  Average monthly expenses from Line 18 above | $ | 6,486.78 |
| c.  Monthly net income (a. minus b.) | $ | -1,995.41 |

**B6J (Official Form 6J) (12/07)**

In re **Ernest J Portell, III**                                                                                  Case No. _____

_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell phones** | $ | **200.00** |
| **Trash** | $ | **27.00** |
| **Cable** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **327.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **2nd home electric** | $ | **60.00** |
| **2nd home security** | $ | **35.00** |
| **Dish network** | $ | **5.00** |
| **Total Other Expenditures** | $ | **100.00** |

3/02/09 12:32PM

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ernest J Portell, III**

Debtor(s)

Case No.

Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __41__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March  2, 2009**

Signature   **/s/ Ernest J Portell, III**

**Ernest J Portell, III**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ernest J Portell, III**                                          Case No.

_____
Debtor(s)        Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,811.00** | **EMM Lube Services, Inc., d/b/a Lube Pros, January 1, 2007 - December 31, 2007 -- net income from Subchapter S Corp.  See attached schedule fro personal income tax** |
| **$39,435.00** | **MME Lube Services, Inc., d/b/a Lube Pros January 1, 2007 - December 31, 2007 -- net income fro Subchapter S corp.** |
| **$17,000.00** | **2007 salary wages from MME and EMM and MEM** |
| **$3,000.00** | **2008 salary MME 1/1/08 - 10/14/08** |
| **$4,500.00** | **2008 Salary EMM** |
| **$0.00** | **2009 net profit/loss from MME and EMM -- not yet determined.** |
| **$0.00** | **2007 net profit from MEM subchapter S corp.** |

| AMOUNT | SOURCE |
|---|---|
| **$2,250.00** | **salary -- All Tune, Darien IL YTD 2009** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,000.00** | **Fidelity 401(k) cashed in Husband, 2008** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **G M A C** <br> **2740 Arthur St** <br> **Roseville, MN 55113** | **2 payments 12/08 1/09** | **$1,260.00** | **$28,229.00** |
| **West Town Savings Bank** <br> **4852 W. 30th Street** <br> **Cicero, IL 60804** | **past 3 months** | **$6,618.00** | **$353,150.00** |
| **Colonial Savings & Loan** <br> **2624 W Freeway** <br> **Fort Worth, TX 76102** | **12/08  1/09** | **$1,408.00** | **$82,677.00** |

None ■

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jennifer Olson, as Trustee of the William S. Olson Revocable Trust, Plaintiff, v. Ernest Portell, III, Defendant. Case No 08 M5 2174** | **Forcible Entry and Detainer** | **Cook County 5th Municipal** | **Pending** |
| **Lincoln Capital Corporation, Plaintiff v. M & B Care Center, Inc, Defendant. Case No 07 AR 1241** | **Breach of Contract** | **DuPage County** | **Pending** |
| **Ernest J. Portell, III, PLaintiff v. James E. Tatum, Defendant, Case No 08 L 11737** | **Breach of Contract** | **Cook County Law Division** | **Pending** |
| **NOrcor Autocare ASsoc. v. Portell   2009 L 241** | **collection and forcible** | **Du[age County IL** | **filed 2/20/09** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **2nd home, 1129 County Rd. 157, Guion, AR 72540.** **$59,000** | **massive flood over home, considered total loss and structure devastated. insurance recovery used to repair home and supplement income** | **3/2008** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard L. Hirsh & Assoc. P.C.** **1500 Eisenhower Lane** **Suite 800** **Lisle, IL 60532-2135** | **1/7/09** | **$5,000.00** |
| **Money Management International Inc.** **9009 W. Loop South, 7th Floor** **Houston, TX 77096** | **1/16/09** | **$50.00** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
      financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
      cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
      include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
☐    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
      depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **National City Bank** | **Ernest & Tracy Portell 17454 S. McKenna Drive Plainfield, IL 60586** | **Marriage license adoption records savings bonds birth certificates children's savings bonds** | |

**13.  Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
      commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Ernest Portell IV and Austin T Portell Kayli and Brianna Portell** | **debtor is co-payee of gift savings bonds $1100** | **safe deposit box** |

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
      occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
      address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **MME Lube Services Inc.** | 30-0273111 | **25 S. Route 59 Aurora, IL 60504** | **Lube Center** | **October 2005 - 10/08** |
| **EMM Lube SErvices Inc.** | 87-0719929 | **5501 S. Gilbert La Grange, IL 60525** | **Lube Center** | **March 2004 - January 2009** |
| **MEM Lube Services Inc.** | 32-0140687 | **Hillside, IL** | **Lube Center** | **March 2006 - September 2007** |
| **M&B Care Care Center Inc.** | 84-1661205 | **c/o Mark Portell 9021 Oxford ST Woodridge, IL 60517** | **car care center (debtor was an officer, not a shareholder)** | **2006 - pres.** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED
**Sikich LLP**                                                                    **2006, 2007, 2008(still preparing)**
**825 N. Cass, Suite 109**
**Westmont, IL 60559**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                  ADDRESS                                    DATES SERVICES RENDERED

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Sikich LLP** | **825 N. Cass, Suite 109** |
| | **Westmont, IL 60559** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Ernest Portell, III** | **President** | **MME & EMM 100%** |
| **17454 McKenna Drive** | | |
| **Plainfield, IL 60544** | | |

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■   commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐   immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **Ernest Portell, III** | **President** | **MEM $ EMM 2008** |
| **17454 McKenna Drive** | | |
| **Plainfield, IL 60544** | | |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March  2, 2009**                    Signature   **/s/ Ernest J Portell, III**

**Ernest J Portell, III**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ernest J Portell, III**

Debtor(s)

Case No. _____

Chapter  **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**G M A C** | **Describe Property Securing Debt:**<br>**2006 Chevy Suburban.  17454 McKenna Drive, Plainfield IL** |
|---|---|

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**G M A C** | **Describe Property Securing Debt:**<br>**2002 Buick LeSabre. -- in possession of parents; Ernest J. Portell Jr.,  and Ernestine Portell; 7500 Larchwood Lance, Woodridge, IL** |
|---|---|

Property will be (check one):

☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**West Town Savings Bank** | **Describe Property Securing Debt:**<br>**Single Family,  17454 McKenna Drive, Plainfield IL** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March  2, 2009**           Signature  **/s/ Ernest J Portell, III**
                                    **Ernest J Portell, III**
                                    Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ernest J Portell, III**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................... $ **5,000.00**

Prior to the filing of this statement I have received........................................................ $ **5,000.00**

Balance Due................................................................................................................. $ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, trial of contested matters, or any other adversary proceeding**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March  2, 2009**

**/s/ Richard L. Hirsh**
**Richard L. Hirsh 1225936**
**Richard L. Hirsh & Associates, P.C.**
**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**
**630 434-2600  Fax: 630 434-2626**
**richala@sbcglobal.net**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Richard L. Hirsh 1225936 | X  /s/ Richard L. Hirsh          March  2, 2009 |
| Printed Name of Attorney | Signature of Attorney          Date |

Address:
**1500 Eisenhower Lane
Suite 800
Lisle, IL 60532-2135
630 434-2600
richala@sbcglobal.net**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| Ernest J Portell, III | X  /s/ Ernest J Portell, III          March  2, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known) | X |
| | Signature of Joint Debtor (if any)          Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Ernest J Portell, III**                                                    Case No.
_____                    Chapter   **7**   _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **106**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  2, 2009**                        **/s/ Ernest J Portell, III**
                                                  **Ernest J Portell, III**
                                                  Signature of Debtor

ADT Security Services Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967

.

ADT Security Services Inc.
c/o Law Offices Barry Serota & Asso
P.O. Box 1008
Arlington Heights, IL 60006

Alldata
P.O. Box 848379
Dallas, TX 75284-8379

Alldata
9412 Big Horn Road
Elk Grove, CA 95758

Allied Waste Services
5050 W. Lake Street
Melrose Park, IL 60160

Allied Waste Services #551
P.O. Box 9001154
Louisville, KY 40290-1154

American National Petroleum
30262 Crown Valley Pkwy, Suite B400
Laguna Niguel, CA 92677

Aramark Uniform Services
4200 S. Halsted Street
Chicago, IL 60609-2635

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Aurora Tri State Fire Protection Co
1080 Corporate Blvd.
Aurora, IL 60502

Auto Zone
c/o PRO Consulting Services, Inc.
P.O. Box 66510
Houston, TX 77266-6510

Bulkmaster, Inc.
295 Eastgate Industrial Parkway
Kankakee, IL 60901

Cabela's Club Visa
P.O. Box 82575
Lincoln, NE 68501-2575

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Charter One
P.O. Box 9799
Providence, RI 02940-9799

Charter One
1215 Superior Avenue
Cleveland, OH 44114-3299

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase
201 N. Walnut St. #De1-10
Wilmington, DE 19801

Chase - CC
Attention: Banktruptcy Department
P.O. Box 15298
Wilmingion, DE 19850

Chase - Cc
Attention:  Banktruptcy Department
P.O. Box 15298
Wilmingion, DE 19850

Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219

Cintas Corporation #344
P.O. Box 7759
Romeoville, IL 60446

Cit Small Business Lending
One Cit Drive
Livingston, NJ 07039

Cit Small Business Lending
P.O. Box 1529
Livingston, NJ 07039-1529

Cit Small Business Lending Corp
P.O. Box 277280
Atlanta, GA 30384-7280

Cit Small Business Lending Corp
PO Box 1529
Livingston, NJ 07039-1529

Citi Small Business Lending
P.O. Box 277280
Atlanta, GA 30384-7280

Citibank Usa
Attn.: Centralized  Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Citibank USA
P.O. Box 6497
Sioux Falls, SD 57117

Colonial Savings
Fort Worth, TX 76195-0001

Colonial Savings & Loan
2624 W Freeway
Fort Worth, TX 76102

Fox Valley Autocare Center
c/o Mid America Asset Management
Two Mid America Plaza, Third Floor
Oakbrook Terrace, IL 60181

Rains
Attn: Recovery
Po Box 3120
Milwaukee, WI 53201

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Frontier FC V
Dept. 30390
P.O. Box 66767
Saint Louis, MO 63166-6767

LaGrange Highland Sanitary Distric
5900 S. Willow Springs Road
LaGrange, IL 60523

Cook County Department of Revenue
Environmental Control
P.O. Box 641547
Chicago, IL 60664-1547

FSS
516 W. Campus Drive
Arlington Heights, IL 60004

Lincoln Capital Corporation
c/o Anthony W. Summers
1301 W. 22nd St., Suite 603
Oak Brook, IL 60523

DRW Services, Inc.
600 E. Joe Orr Road
Chicago Heights, IL 60411

G M A C
2740 Arthur St
Roseville, MN 55113

Lincoln Capital Corporation
2021 Midwest Rd., Suite 200
Oak Brook, IL 60523

EMM Lube Services, Inc.

GMAC
15303 S. 94th Avenue
Orland Park, IL 60462

Lube Pros c/o  Adam S. Calisoff
Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Chicago, IL 60606-1229

F.E. Moran, Inc. Fire Protection
2165 Shermer Road
Northbrook, IL 60062

Home Depot Credit Services
Processing Center
Des Moines, IA 50364-0500

Lubepro's International, Inc.
1740 S. Bell School Road
Cherry Valley, IL 61016

FIA Card Services
P.O. Box 15710
Wilmington, DE 19886-5710

HSBC/Menards
90 Christiana Road
New Castle, DE 19720

Lubepro's International, Inc.
c/o Wildman, Harrold, Allen & Dixon
225 W. Wacker Drive
Chicago, IL 60606-1229

FIA Card Services
P.O. Box 15731
Wilmington, DE 19886-5731

Jennifer Olson as Trustee
c/o Rolewick & Gutzke, P.C.
1776 S. Naperville Rd., Suite 104A
Wheaton, IL 60189-5833

M&B Car Care Center

Field & Goldberg
10 S. LaSalle St., Suite 2310
Chicago, IL 60603-1256

Kohl's
N56 W17000 Ridge
Menomonee Falls, WI 53051

M&B Care Care Center

Fox Valley Autocare
6988 Paysphere Circle
Chicago, IL 60674

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

Maark Portell

Mailmark
P.O. Box 3848
Norfolk, VA 23514

Moore Oil Company, Inc.
4633 W. Custer Avenue
Milwaukee, WI 53209

Pro Consulting Service
c/o Collection Division
PO Box 66510
Houston, TX 77266-6510

Mark Portell

Nicor
P.O. Box 416
Aurora, IL 60568-0001

Quality Oil, Inc.
55 North 400 East
Valparaiso, IN 46383

McKenna Woods HOA

Nicor
NCO Financial Systems Inc
P.O. Box 171796
Baltimore, MD 21297

Retail Services
P.O. Box 17602
Baltimore, MD 21297-1602

MEM Lube Services, Inc.

Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507

Richard D. Roy
1111 S. Stone Avenue
La Grange, IL 60525

Menards
Retail Services
PO Box 17602
Baltimore, MD 21297

Nicor Gas
P.O. Box 310
Aurora, IL 60507-0310

Ryko Manufacturing
4042 Reliable Pkwy
Chicago, IL 60686-0001

Mid-America ASset Magmnt
One Parkview Plaza 9th Floor
Oakbrook Terrace, IL 60181-4731

Nicor Gas
1844 Ferry Road
Naperville, IL 60563

Ryko Manufacturing Company
P.O. Box 38
Grimes, IA 50111-0038

Mike Spizzieri

Norcor AutoCare Associates, L.P.
Mulherin Rehfeldt & Varchetto, P.C.
211 S. Wheaton Ave., Suite 200
Wheaton, IL 60187

S&S Industrial Supply
740 N. Larch Avenue
Elmhurst, IL 60126

MME Lube SERvices

Parent Petroleum, Inc.
37 W 370 RT 38
Saint Charles, IL 60175

Sam's Club
P.O. Box 981400
El Paso, TX 79998

MME Lube Services, Inc.

Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951

Sam's Club
P.O. Box 530942
Atlanta, GA 30353-0942

Moore Oil Company
P.O. Box 1170
Milwaukee, WI 53201-1170

Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001

Sams Club
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Sears Credit Card
P.O. Box 183082
Columbus, OH 43218-3082

USAA Federal Savings Bank
10750 McDermott Fwy
San Antonio, TX 78288

Sears/cbsd
P.O. Box 6189
Sioux Falls, SD 57117

USAA Federal Savings Bank
P.O. Box 47504
San Antonio, TX 78265

Sears/cbsd
701 East 60th St. N
Sioux Falls, SD 57117

West Town Savings Bank
4852 W. 30th Street
Cicero, IL 60804

Service Champ
180 New Britain Blvd.
Chalfont, PA 18914

Will County Clerk
302 N. Chicago Street
Joliet, IL 60432

Sikich, LLP
998 Corporate Blvd.
Aurora, IL 60502-9102

Workflowone
P.O. Box 676496
Dallas, TX 75267-6496

Small Business Administration
500 West Madison
Suite 1250
Chicago, IL 60661-2511

Worlds Foremost Bank
4800 Nw 1st St Ste 300
Lincoln, NE 68521

Stone Wheel, Inc.
7675 Quincy Street
Willowbrook, IL 60527-5598

Tracy Portell
17454 S. McKenna Drive
Plainfield, IL 60586

Trott Nelson, P.C.
1550 Spring Rd., Suite 225
Oak Brook, IL 60523

US Bank/na Nd
Attn: Bankruptcy Dept
P.O. Box 5229
Cincinnati, OH 45201